| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RICHARD T. BAUM, SBN 80889<br>6627 Maryland Drive<br>Los Angeles, California  90048<br>310.277.2040 \| fax 310.286.9525<br>rickbaum@hotmail.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*  BEINGWIZARD LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>BEINGWIZARD LLC<br><br><br><br><br>Debtor(s) | CASE NO.: 6:26-bk-10770 SY<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br>APPLICATION TO EMPLOY KELLY SMITH AN JAKE RALSTON, ALLISON JAMES ESTATES AND HOMES AS DEBTOR'S REALTON |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING EMPLOYMENT OF JAKE RALSTON, KELLY SMITH AND ALLISON JAMES HOMES AND ESTATES AS DEBTOR'S REALTOR

was lodged on (*date*) ___04/20/2026___ and is attached.  This order relates to the motion which is docket number 33___.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

RICHARD T. BAUM
State Bar No. 80889
6627 Maryland Drive
Los Angeles, California   90048
310.277.2040 | fax: 310.286.9525
rickbaum@hotmail.com

Attorney for BEINGWIZARD, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re | **Case No.: 6:26-bk-10770 SY** |
| BEINGWIZARD, LLC, | **Chapter 11** |
| Debtor. | **ORDER APPROVING EMPLOYMENT OF JAKE RALSTON, KELLY SMITH AND ALLISON JAMES HOMES AS DEBTOR'S REALTOR** |
| | **[No Hearing Set]** |

The Application of Debtor BEINGWIZARD, LLC to approve the employment of Jake Ralston, Kelly Smith and Allison James Homes [Docket No. 33] having been filed and served as required, no objection having been filed to the Application, and the Debtor having shown that Jake Ralston, Kelly Smith and Allison James Homes are each qualified to act as a realtor for the sale of Debtor's real property at 39455 Avenida La Cresta, Murrieta, California 92562, and that each are disinterested, and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  The application is granted;

1

2. Jake Ralston, Kelly Smith and Allison James Homes are approved to act as the Debtor's Realtor (or real estate broker) for the sale of the property at 39455 Avenida La Cresta, Murrieta, California 92562 ("La Cresta property");

3. Fees and commissions payable to the Realtors shall be approved upon approval of the sale of the La Cresta property;

4. No sharing of commissions with the buyer's broker is permitted;

5. Debtor shall seek approval of this court for the sale of the La Cresta property prior to the closing of any sale.

####

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 6627 Maryland Drive
 Los Angeles, California  90048

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____04/20/2026____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ____04/20/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Judge Scott Yun, United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California  92501

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/20/2026 | RICHARD T. BAUM | /s/ Richard T Baum |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**IN RE BEINGWIZARD, LLC**

6:26-bk-10770 SY

Mailing List

American Express
P.O. Box 981535
El Paso, TX 79998

Capital One
PO Box 71087
Charlotte, NC 28272

County of Riverside
c/o Gatzke Dillon & Ballance LLP
2762 Gateway Rd
Carlsbad, CA 92009-1730

Equity Legal LLP
600 W. Broadway Ste. 700
San Diego, CA 92101

K.C. Propane
26362 Earthmover Circle
Corona, CA    92883-5270

Mark McLeavy and Brigitte McLeavy
c/o Equity Legal LLP
600 W. Broadway Ste. 700
San Diego, CA 92101

NewRez Shellpoint
PO Box 10826
Greenville    SC    29603-0826

Power Stone Management
9060 Irvine Center Drive
Irvine    CA    92616-4645

Prestige Default Services, LLC
1920 Old Tustin Ave.
Santa Ana, CA 92705

Rancho Water
42135 Winchester Road
Temecula  CA   92590-4800

Riverside County Tax Collector
PO Box 12005
Riverside CA   92502-2205

SoCal Edison
2244 Walnut Avenue
Rosemead  CA   91770

Tracy Ray
56564 Nelson Avenue
Yucca Valley   CA   92284

Synchrony
Po Box 669802
Dallas, TX 75266-0955

Visionary Real Estate Opportunities
c/o SBS Trust Deed Network
31194 Baya Drive, Suite 106
Westlake Village    CA   91362

Resmac Inc.
1500 Gateway Blvd., Ste. 220
Boynton Beach, FL 33426

Venmo Credit Card
Po Box 71718
Philadelphia, PA 19176-1718

Visionary Real Estate
Opportunities, LLC
1342 E. Chapman Ave.
Orange, CA 92866

Wells Fargo
420 Montgomery St
San Francisco, CA 94104-1207

Wilmington Savings Fund Society FSB
500 Delaware Ave., 11th Fl.
Wilmington, DE 19801

**PROOF OF SERVICE OF APPLICATION TO EMPLOY PROFESSIONALS**

- 3 -