**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

---

**Thursday, July 23, 2026** **Hearing Room** **302**

1:30 PM
**6:26-10770** **BeingWizard LLC** **Chapter 11**

Telephonic Hearing

#2.00 Notice of motion and motion for relief from the automatic
stay with supporting declarations REAL PROPERTY
RE: 39455 Avenida La Cresta, Murrieta, CA 92562

**Richard T Baum to appear by telephone (310)277-2040**
**Tracy Ray to appear by telephone (310)926-3662**
**Marina Fineman to appear by telephone (949)774-2648**

Docket 87

**Matter Notes:**

GRANTED: ____✓____ DENIED: _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: _M. Fineman_

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

| Party Information |
| --- |

**Debtor(s):**

BeingWizard LLC Represented By
Richard T Baum

**Movant(s):**

Visionary Real Estate Opportunities, Represented By